## GUY EUGENE *v.* COMMISSIONER OF CORRECTION

The petitioner Guy Eugene's petition for certification for appeal from the Appellate Court, 102 Conn. App. 902 (AC 27411), is denied.

*David B. Rozwaski*, special public defender, in support of the petition.

*James A. Killen*, senior assistant state's attorney, in opposition.

Decided September 12, 2007

## TRAYSTMAN, CORIC AND KERAMIDAS *v.* MARTHA HUNDLEY

The defendant's petition for certification for appeal from the Appellate Court, 102 Conn. App. 490 (AC 27415), is denied.

SCHALLER, J., did not participate in the consideration or decision of this petition.

*William F. Gallagher*, in support of the petition.

*Drzislav Coric*, in opposition.